IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET EVIDENTIARY HEARING

| | |
|---|---|
| Date:  July 29, 2021 | Court Time for MJSTAR:/JS10: /10 |
| Judge:  **LESLIE A. GARDNER** | Court Reporter:  Mindy Martin |
| Courtroom Deputy:  Felicia Rushing | Law Clerk: |

**Case Number:   1:19-cr-00058-LAG-TQL-2**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA:  Leah E McEwen |
| v. | |
| WILLIE KEITH WARE | Counsel:  Richard A Greenberg |

Agents:/Experts in Attendance:

***DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE   OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.***

---

9:36    Call to order.  Case called.  Parties identified.  Preliminary remarks by the Court.
Discussion re:  Defendant's letter to the Court.  Defendant withdrew letter.
Discussion re:  Motion to Suppress (Doc. 542).
The Court made findings and **DENIED** motion.
Defendant **WITHDREW** Motion for Bill of Particulars and Motion to Sever Defendant (Docs. 541, 543).

9:46    Concluded.